UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SHUSTER, Personal
Representative of the Estate of
LORRAINE E. SHUSTER, Deceased,

      Plaintiff,

v.

CYTEC INDUSTRIES, INC., DUREZ
CORPORATION, OCCIDENTAL
CHEMICAL CORPORATION and
ROGERS CORPORATION,

      Defendants.
      _____/

Case No. 05-CV-72393

Honorable Patrick J. Duggan

## ORDER OF DISMISSAL

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on November 17, 2005.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Presently before the Court is Plaintiff's Motion for Voluntary Dismissal filed on October 19, 2005. On October 20, 2005, a "Notice Regarding Motion Practice" was sent by this Court to all parties in this action reminding them of the Court rule relating to motion practice. The Court has not received any response or objections to this motion.

The Court, having reviewed Plaintiff's motion, believes that such motion should be granted.

Therefore,

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal is **GRANTED**.

                                  s/PATRICK J. DUGGAN
                                  UNITED STATES DISTRICT JUDGE

Copies to:
John N. Kelsey, Esq.
Jason P. Klingensmith, Esq.
James E. Wynne, Esq.
Ken Bauman, Esq.